**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEREN SARAI CONCEPCION BONILLA,**

**Plaintiff,**

**v.** **Case No.: 6:25-cv-02147-AAS**

**FRANK BISIGNANO, Commissioner of the Social Security Administration,**

**Defendant.**

______________________________________/

# ORDER

Plaintiff Keren Sarai Concepcion Bonilla moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 23). The Commissioner does not oppose the motion. (*Id.*, p. 4).

The plaintiff requests $3,209.94 in attorney's fees. The EAJA permits awards for reasonable attorney's fees to a prevailing party against the United States. 28 U.S.C. § 2412. An August 21, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 20). The Clerk of Court entered judgment in favor of the plaintiff. (Doc. 21).

The Commissioner does not contest the following: the plaintiff is the prevailing party; the Commissioner's position was not substantially justified;

and the plaintiff's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, the plaintiff is entitled to $3,209.94 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether the plaintiff owes a debt to the United States. If the plaintiff has no federal debt, the United States will pay them directly to counsel. (*See* Doc. 23-1).

Accordingly, it is **ORDERED** that the plaintiff's motion for attorney's fees under the EAJA (Doc. 23) is **GRANTED**. The plaintiff is awarded **$3,209.94** in attorney's fees.

**ORDERED** in Tampa, Florida, on November 9, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge